

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Various Items of Property In the Custody of Homeland<br>Security Investigations Further Described in Attachment<br>A | ) **19 - 1 7 1 8 JMC**<br>)<br>)   Case No.<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See attachment A

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized):*
See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2) and<br>(a)(5)(B) | Receipt and Possession of Child Pornography |

The application is based on these facts:
See affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Augustus Aquino, SA, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/15/19

*Judge's signature*

City and state:  Baltimore, Maryland

J. Mark Coulson, United States Magistrate Judge
*Printed name and title*

ENTERED
FILED _____ RECEIVED
LOGGED

MAY 23 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND DEPUTY
BY